Abated and Opinion filed December 14, 2006








Abated and
Opinion filed December 14, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00453-CR

NO. 14-06-00454-CR

____________

 

HAROLD EUGENE PRATT,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 230th District
Court

Harris County, Texas

Trial Court Cause No.
1043165 & 1061934

 



 

M E M O R A N D U M   O P I N I O N

On November 30, 2006,
this court was formally notified of appellant=s death and furnished a copy of the
Texas Department of Criminal Justice=s autopsy order.  The death of an
appellant during the pendency of an appeal deprives this court of jurisdiction. 
See Ryan v. State, 891 S.W.2d 275 (Tex. Crim. App. 1994).  When an
appellant dies after an appeal is perfected but before this court issues the
mandate, the appeal is to be permanently abated.  See Tex. R. App. P. 7.1(a)(2). 

Accordingly, we order the
appeals permanently abated. 








 

PER CURIAM

 

 

Opinion
filed December 14, 2006.

Panel
consists of Justices Frost, Seymore, and Guzman.

Do
not publish B Tex. R. App. P.
47.2(b).